

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2017

No. 04-17-00734-CR

**EX PARTE** Jacob Howard **WISEMAN**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Karen Angelini, Justice
                    Marialyn Barnard, Justice
                    Luz Elena D. Chapa, Justice

On November 8, 2017, relator filed a pro se petition for writ of habeas corpus. The court has determined that it lacks jurisdiction to consider relator's petition. Accordingly, the petition for writ of habeas corpus is DISMISSED FOR LACK OF JURISDICTION. *See* TEX. R. APP. P. 52.8(a). This court's opinion shall issue at a later date.

It is so **ORDERED** on November 14, 2017.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017CR8122, styled *The State of Texas v. Jacob Howard Wiseman*, pending in the 290th Judicial District Court, Bexar County, Texas, the Honorable Melisa Skinner presiding.